# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ROBERT L. WHITTAKER, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:21-cv-00549-SRW |
| SHARON OWENS, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of plaintiff Robert L. Whittaker for an extension of time in which to effect service of process. (Docket No. 23). In the motion, plaintiff states that he has acted with due diligence in attempting to serve Dr. Sharon Owens, as directed by the Court's prior orders. Additionally, he states that the ongoing COVID-19 pandemic has hindered his attempts. As such, plaintiff requests a thirty-day extension. Good cause being shown, the Court will grant plaintiff's motion, and give him an additional thirty days from the date of this order in which to serve defendant Sharon Owens.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time to effect service of process (Docket No. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall have **thirty (30) days** from the date of this order in which to effect service of process on defendant Sharon Owens.

**IT IS FURTHER ORDERED** that in the absence of good cause shown, the failure to serve defendant Sharon Owens within **thirty (30) days** of the date of this order will result in the dismissal of plaintiff's amended complaint without prejudice and without further notice.

Dated this 31st day of January, 2022.

>                              */s/ Stephen R. Welby*
>                              STEPHEN R. WELBY
>                              UNITED STATES MAGISTRATE JUDGE