# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT L. WHITTAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21-CV-549 SRW |
| | ) | |
| DALE GLASS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for copies of documents filed in this action.[1] Plaintiff seeks:

> A copy of any and all filed petitions, motions, requests and court rulings and orders related thereto as the date(s) are from 3/3/2022 through 6/22/2022 which this record is important to my motion and appeal.

Plaintiff was provided one file-stamped copy of each of the Court's Orders, at the time each Order was entered. The Court does not provide a second set of documents for free. The Clerk's Office will make copies of documents filed in this action at the rate of fifty cents ($.50) per page, prepaid.

Furthermore, it was plaintiff's responsibility to have kept a copy of each of his own documents that he filed with the Court. The Court is not responsible for providing a copy of those filings for plaintiff, for free. If plaintiff wished to have a file-stamp copy of his pleadings and motions, he was responsible for sending two copies of each of his pleadings and/or motions to the Court, along with a self-addressed stamped envelope. This would have allowed the Clerk to return a file-stamped copy of each document to plaintiff.

---

[1] Plaintiff paid the full filing fee in this action and is not proceeding in forma pauperis, pursuant to 28 U.S.C. § 1915, as he has accumulated three strikes pursuant to § 1915(g).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for copies of documents [ECF No. 42] is **DENIED**.

Dated this 14th day of July, 2022.

									_____
									HENRY EDWARD AUTREY
									UNITED STATES DISTRICT JUDGE